UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Nancy Weaver,                                            Civil No. 06-3360 (RHK/AJB)

          Plaintiff,                              **DISQUALIFICATION AND
                                                         <u>ORDER FOR REASSIGNMENT</u>**

vs.

Wyeth, and its division, et al.,

          Defendants.

      The above-entitled matter has been assigned to the undersigned, a Judge of the above Court. Pursuant to Title 28, United States Code § 455, the undersigned recuses himself from hearing this matter. Accordingly,

      **IT IS HEREBY ORDERED,** that pursuant to this Court's Assignment of Cases Order dated June 29, 2006, the above-captioned action shall be resubmitted to the Clerk of Court for reassignment. The Clerk of Court shall not replace a card in the Master Deck for the undersigned.

      **IT IS FURTHER ORDERED,** that a copy of this Order shall be filed in the above-captioned case.

Dated: August 18, 2006

                                                                                        s/Richard H. Kyle
                                                                                        RICHARD H. KYLE
                                                                                        United States District Judge